## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br>Ho Wan Kwok, et al.<br><br>Debtor(s). | Case No. 22-50073 (JAM) |
| Luc A. Despins, Chapter 11 Trustee<br>                            Plaintiff,<br>vs<br>Weihua Li, et al<br>                            Defendant. | Adv. Proceeding No. 24-05271 |

### NOTICE OF APPEARANCE OF COUNSEL

I am admitted or otherwise authorized to practice in this Court, and I appear in this adversary proceeding as counsel for: Luc A. Despins, Chapter 11 Trustee

The Clerk of the Court and the opposing party will be informed of any change in address. I request notice of all further pleadings and filings.

*/s/ Patrick R. Linsey*
Attorney's Signature

Dated: March 5, 2024

Patrick R. Linsey
Attorney's Printed Name

Law Firm Name   Neubert, Pepe & Monteith, P.C.

Law Firm Mailing Address   195 Church Street, 13th Floor

City   New Haven     State   CT     Zip Code   06510

Attorney's Email Address   plinsey@npmlaw.com

Attorney's Phone Number   (203) 781-2847

Attorney's Federal Bar Number   ct29437