# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br>Ho Wan Kwok, et al.<br><br>Debtor(s). | Case No. 22-50073 |
| Luc A. Despins, Chapter 11 Trustee<br>　　　　　　　　　　Plaintiff,<br>vs<br>Weihua Li, et al.<br>　　　　　　　　　　Defendant. | Adv. Proceeding No. 24-05271 |

### NOTICE OF APPEARANCE OF COUNSEL

I am admitted or otherwise authorized to practice in this Court, and I appear in this adversary proceeding as counsel for: Luc A. Despins, Chapter 11 Trustee

The Clerk of the Court and the opposing party will be informed of any change in address. I request notice of all further pleadings and filings.

/s/ Douglas S. Skalka
Attorney's Signature

Dated: March 6, 2024

Douglas S. Skalka
Attorney's Printed Name

Law Firm Name　Neubert, Pepe & Monteith, P.C.

Law Firm Mailing Address　195 Church Street, 13th floor

City　New Haven　　State　CT　　Zip Code　06510

Attorney's Email Address　dskalka@npmlaw.com

Attorney's Phone Number　(203) 821-2000

Attorney's Federal Bar Number　ct00616