# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | |
| Plaintiff, | Adv. Proceeding No. 24-05271 (JAM) |
| v. | |
| WEIHUA LI, JUNJIE JIANG, RONGRONG LI, ZHANG LIN, MI KYUNG YANG, XUE WANG, YAPING ZHANG, ZHIXUAN LI, FANGGUI ZHU, YUECHEN LAN, TIAN SHU HUANG, SHIYING LI, CAMERON SMEE, ROGER SMEE, and JIANXIAO CHEN, | |
| Defendants. | |

**CERTIFICATE OF SERVICE REGARDING SUMMONS, COMPLAINT, AND NOTICE OF APPLICABILITY OF AVOIDANCE ACTION PROCEDURES**

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

On February 15, 2024, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), filed his *Adversary Complaint* and certain exhibits thereto [Adv. Proc. ECF No. 1] (collectively, the "Complaint") using the Court's case management/electronic case files system ("CM/ECF").

On February 15, 2024, the Trustee filed the *Notice of Applicability of Avoidance Action Procedures* [Adv. Proc. ECF No. 3] (the "Procedures Notice").

On February 27, 2024, the *Summons* [Adv. Proc. ECF. No. 4] (the "Summons" and, together with the Complaint, and the Procedures Notice, collectively, the "Served Documents") via CM/ECF.

On March 5, 2024, I caused the Served Documents to be sent via first-class U.S. Mail and via UPS or Federal Express overnight delivery to defendants Shiying Li, Fanggui Zhu, and Weihua Li at the following address(es):

> Shiying Li
> 1128 Curtner Ave.,
> San Jose, CA 95125
>
> Fanggui Zhu
> 2717 Cedar Street, Unit. B
> Everett, WA 98201-3792
>
> and
>
> Weihua Li
> 2377 Clubhouse Dr.
> Rocklin, CA 95765

*[Remainder of Page is Intentionally Left Blank]*

Dated: March 28, 2024  
       New Haven, Connecticut

LUC A. DESPINS,  
CHAPTER 11 TRUSTEE

/s/ *Patrick R. Linsey*  
Patrick R. Linsey (ct29437)  
NEUBERT, PEPE & MONTEITH, P.C.  
195 Church Street, 13th Floor  
New Haven, Connecticut 06510  
(203) 781-2847  
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*