UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------------x
:
In re:                                              :    Chapter 11
:
HO WAN KWOK, *et al.*,[1]                           :    Case No. 22-50073 (JAM)
:
             Debtor.                                :    (Jointly Administered)
------------------------------------------------------ x
LUC A. DESPINS, CHAPTER 11                          :
TRUSTEE,                                            :    Adv. Proceeding No. 24-05271 (JAM)
:
             Plaintiff,                             :
:
v.                                                  :
:
WEIHUA LI, JUNJIE JIANG, RONGRONG                   :
LI, ZHANG LIN, MI KYUNG YANG, XUE                   :
WANG, YAPING ZHANG, ZHIXUAN LI,                     :
FANGGUI ZHU, YUECHEN LAN, TIAN                      :
SHU HUANG, SHIYING LI, CAMERON                      :
AND ROGER SMEE, AND JIANXIAO CHEN,                  :
:
             Defendant.                             :
------------------------------------------------------ x

**MOTION FOR PERMISSION TO WITHDRAW APPEARANCE**

The undersigned hereby respectfully requests permission to withdraw his appearance in the above-captioned adversary proceeding (the "Adversary Proceeding") as attorney for Luc A. Despins, in his capacity as Chapter 11 Trustee for Ho Wan Kwok (the "Trustee"). In support hereof, the undersigned respectfully represents the following:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

1. Paul Hastings LLP ("Paul Hastings") is counsel to the Trustee.

2. The undersigned is leaving Paul Hastings to join another law firm.

3. Other Paul Hastings attorneys are appearing in the Adversary Proceeding and will continue to represent the Trustee in this proceeding.

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

WHEREFORE, the undersigned respectfully requests that the Court grant the undersigned permission to withdraw as counsel for the Trustee, and for such other and further relief as may be just and proper.

| | |
|---|---|
| Dated: April 5, 2024<br>New York, New York | By: */s/ Avram E. Luft*<br>Avram E. Luft (*phv207062*)<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 318-6079<br>Fax: (212) 319-4090<br>aviluft@paulhastings.com |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

----------------------------------------------------------x
:
In re:                                                  :   Chapter 11
:
HO WAN KWOK, *et al.*,[1]                               :   Case No. 22-50073 (JAM)
:
       Debtor.                                    :   (Jointly Administered)
----------------------------------------------------------x
LUC A. DESPINS, CHAPTER 11                              :
TRUSTEE,                                                :
:   Adv. Proceeding No. 24-05271 (JAM)
:
       Plaintiff,                                 :
:
v.                                                      :
:
WEIHUA LI, JUNJIE JIANG, RONGRONG                       :
LI, ZHANG LIN, MI KYUNG YANG, XUE                       :
WANG, YAPING ZHANG, ZHIXUAN LI,                         :
FANGGUI ZHU, YUECHEN LAN, TIAN                          :
SHU HUANG, SHIYING LI, CAMERON                          :
AND ROGER SMEE, AND JIANXIAO CHEN,                      :
:
       Defendant.                                 :
----------------------------------------------------------x

**ORDER ON MOTION FOR PERMISSION TO WITHDRAW APPEARANCE**

Attorney Avram E. Luft ("Attorney Luft") having filed a *Motion for Permission to Withdraw Appearance* (the "Motion") on behalf of Luc A. Despins, in his capacity as Chapter 11 Trustee for Ho Wan Kwok (the "Trustee"), and good cause having been shown, and it appearing that other counsel remain appearing for the Trustee, it is hereby

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the Office of the Clerk shall update its records to reflect that Attorney Luft no longer represents the Trustee in the above-captioned adversary proceeding.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

------------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
        Debtor. : (Jointly Administered)
------------------------------------------------------x
LUC A. DESPINS, CHAPTER 11 :
TRUSTEE, : Adv. Proceeding No. 24-05271 (JAM)
:
        Plaintiff, :
v. :
:
WEIHUA LI, JUNJIE JIANG, RONGRONG :
LI, ZHANG LIN, MI KYUNG YANG, XUE :
WANG, YAPING ZHANG, ZHIXUAN LI, :
FANGGUI ZHU, YUECHEN LAN, TIAN :
SHU HUANG, SHIYING LI, CAMERON :
AND ROGER SMEE, AND JIANXIAO CHEN, :
:
        Defendant. :
------------------------------------------------------x

## CERTIFICATE OF SERVICE

The foregoing was filed using the Court's case management/electronic case files ("CM/ECF") system. Notice was sent to all parties eligible to receive electronic notice in the above-captioned adversary proceeding and the foregoing may be accessed via CM/ECF.

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202), and Genever Holdings Corporation. The mailing address for the Trustee and the Genever Debtor is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

| | |
|---|---|
| Dated: April 5, 2024<br>      New York, New York | By: */s/ Avram E. Luft*<br>Avram E. Luft (*phv207062*)<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 318-6079<br>Fax: (212) 319-4090<br>aviluft@paulhastings.com |